UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATHERINE LOUISE WHITNEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF TACOMA, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C19-5582 BHS-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 27. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**;

(2)　Defendants Jeff Rodgers, Deputy Daryl Shuey, City of Tacoma, Charlene Hamblen, Misty Fitzsimmons, and Taffi Wheeldon's motions to dismiss, Dkts. 4, 9, 18, are **GRANTED**, and Plaintiff is **GRANTED** leave to amend.

(3)　Defendant Secretary Cheryl Strange's motion to dismiss Plaintiff's personal and official capacity claims, Dkt. 11, is **GRANTED**. Plaintiff is

ORDER - 1

1   **GRANTED** leave to amend the personal capacity claims and **DENIED** leave to amend the official capacity claims.

(4)  Plaintiff has thirty (30) days from the date of this order to amend her complaint. If Plaintiff fails to timely amend the complaint her claims may be dismissed.

Dated this 10th day of October, 2019.

        _____
        BENJAMIN H. SETTLE
        United States District Judge